NIEMEYER, Circuit Judge,
dissenting:
In denying Brown’s claim for disability benefits, the ALJ considered the medical evidence and evaluated it together with Brown’s own extensive testimony. While the ALJ concluded that Brown suffered from several impairments that could reasonably be expected to cause his alleged symptoms, he also concluded that Brown’s testimony about “the intensity, persistence and limiting effects” of those symptoms was exaggerated and materially incredible. The ALJ went into substantial detail, pointing out discrepancies between Brown’s statements and other evidence, including the objective medical evidence. At bottom, because I conclude that the ALJ’s conclusions were supported by substantial evidence, I would affirm.